

**Jeffrey C. Chancas**
*Partner*
*JChancas@borahgoldstein.com*
O: (212) 431-1300, Ext. 611

February 29, 2024

**Via ECF**                              **MEMORANDUM ENDORSED**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    Herbert Martinez v. 116 West 80th Street, LLC
                  Domino's Pizza Franchising LLC and
                  JMC Hospitality, LLC
                  United States District Court
                  Southern District of New York
                  Case No. 1:23-cv-10213 (JPO) (GWG)

Honorable Magistrate Judge Gorenstein:

        This firm represents Defendant 116 West 80th Street, LLC ("West 80th") in the above-referenced matter.

        West 80th, the other two Defendants and Plaintiff jointly respectfully request: (a) an adjournment of the Case Management Conference from the current scheduled date of Tuesday, March 5, 2024, at 11:30 a.m., to Tuesday, April 9, 2024, at 11:30 a.m.; and (b) an extension of the deadline to submit the proposed Scheduling Order from the current due date of March 1, 2024, to April 5, 2024.

        This is the First Request for an adjournment of the Conference and for an extension of the Order submission deadline. The April 9th adjourned date was obtained from Your Honor's Deputy Clerk and is satisfactory for all parties.

*Manhattan Office* | 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
www.borahgoldstein.com



-2-

The request for the adjournment and the extension of the deadline is being made to afford Defendants time to review and consider Plaintiff's proposed settlement offer and to address certain procedural issues in the case.

The request does not interfere with any other scheduled dates.

Since this is a joint request, it is with the consent of Plaintiff's counsel.

Wherefore, I respectfully request that the Court grant this application.

Thank you.

Respectfully submitted,

*/s/ Jeffrey C. Chancas*
JEFFREY C. CHANCAS

Conference adjourned to April 9, 2024, at 11:30 a.m. The proposed schedule is due April 5, 2024.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 29, 2024

Manhattan Office | 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
Queens Office | 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
www.borahgoldstein.com