

# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

**Jeffrey C. Chancas**
*Partner*
JChancas@borahgoldstein.com
O: (212) 431-1300, Ext. 611

April 4, 2024

**Via ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   Herbert Martinez v. 116 West 80th Street, LLC
      Domino's Pizza Franchising LLC and
      JMC Hospitality, LLC
      United States District Court
      Southern District of New York
      Case No. 1:23-cv-10213 (JPO) (GWG)

Honorable Magistrate Judge Gorenstein:

       This firm represents Defendant 116 West 80th Street, LLC ("West 80th") in the above-referenced matter.

       West 80th, the other two Defendants and Plaintiff jointly respectfully request: (a) an adjournment of the Case Management Conference from the current scheduled date of Tuesday, April 9, 2024, at 3:30 p.m., to Tuesday, May 14, 2024, at 11:00 a.m.; (b) an extension of the deadline to submit the proposed Scheduling Order from the current due date of April 5, 2024, to May 10, 2024; and (c) an extension of the time for West 80th and Defendant JMC Hospitality, LLC to file their answers to the Complaint to May 13, 2024.

       This is the Second Request for an adjournment of the Conference and for an extension of the Order submission deadline and the First Request for the deadline to submit the answer to the Complaint. The May 14th adjourned date and time were obtained from Your Honor's Deputy Clerk and are satisfactory for all parties. The First Request for the Conference adjournment and extension of the Order submission deadline was by letter motion dated and filed on February 29, 2024 [Doc. #20], which the court granted by Memorandum Order dated and entered on February 29, 2024 [Doc. #21].

---

*Manhattan Office* | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com



-2-

The parties have reached a tentative settlement of the matter. Nevertheless, the request for the adjournment and the extension of the deadline is being made to afford Defendants more time to review and consider the details and implementation of Plaintiff's proposed settlement offer, including specifics regarding any modifications to the subject premises..

The request does not interfere with any other scheduled dates.

Since this is a joint request, it is with the consent of Plaintiff's counsel.

Wherefore, I respectfully request that the Court grant this application.

Thank you.

                                      Respectfully submitted,

                                      /s/ Jeffrey C. Chancas
                                      JEFFREY C. CHANCAS

The requests in the first paragraph of this letter are all granted.  The dial-in instructions for conference on May 14, 2024, at 11:00 a.m. remain the same.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 5, 2024

Manhattan Office | 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● For delivery of all papers
Queens Office | 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
www.borahgoldstein.com