# HANSKI PARTNERS, LLC
85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 212.248.7400
FAX:   212.248.5600

May 8, 2024

<u>Via ECF</u>                                          MEMORANDUM ENDORSED
The Honorable Gabriel W. Gorenstein
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Notice of Settlement and Request to Cancel the Court Conference Set for May 14, 2024*
      <u>*Herbert Martinez v. 116 West 80th Street, LLC et al.; Docket No. 1:23-cv-10213 (JPO)(GWG)*</u>

Dear Judge Gorenstein:

    We represent the plaintiff in the above-entitled action and submit this letter on behalf of all parties in this action. We write to advise the Court that the parties have reached a settlement in principle of this action which they will now memorialize in a written document.  (See ECF No. 25)

    The parties are scheduled to appear before Your Honor for an Initial Case Management Conference on May 14, 2024 at 11:00 a.m. (See ECF No. 24).  The parties respectfully ask that the Court cancel the conference and all outstanding deadlines in light of the parties' settlement in principle.

    Thank you for your time and attention to this matter.

                                              Respectfully yours,

                                              /s/
                                            Robert G. Hanski, Esq.

Granted. The conference is cancelled.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 9, 2024